[No. 10949-6-III.   Division Three.   April 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY GENE WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00312-5, Marcus M. Kelly, J., entered July 13, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Green, J. Pro Tem.

[Nos. 11018-4-III; 11048-6-III;   Division Three.   April 14, 1992.]
        11390-6-III.

MELANIE A. MARCUM, ET AL, *Respondents*, v. DONALD W. JAHNS, *Defendant*, WEST WOOD CORPORATION, *Respondent*, MICHAEL P. PARA, ET AL, *Appellants*.

MELANIE A. MARCUM, ET AL, *Respondents*, v. DONALD W. JAHNS, ET AL, *Defendants*, MICHAEL P. PARA, ET AL, *Petitioners*.

MELANIE A. MARCUM, ET AL, *Plaintiffs*, v. DONALD W. JAHNS, *Appellant*, MICHAEL P. PARA, ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Adams County, No. 89-2-00033-8, Wallis W. Friel, J., entered July 30, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.